Ex parte FENSTERMACHER
No. A-2227. Opinion Filed June 9, 1915.
(152 Pac. 1198.)

Petition of Earnest Fenstermacher for writ of habeas corpus. Writ denied.

PER CURIAM. The petition filed on behalf of Earnest Fenstermacher alleges in substance that he is illegally restrained of his liberty, and unlawfully imprisoned in the county jail of Caddo county, by A. J. Blankenship, sheriff of said county, by virtue of a warrant issued by the Governor of Oklahoma, based upon a requisition from the Governor of South Dakota; that the requisition aforesaid charges petitioner. with having broken his parole in the state of South Dakota; that said petitioner was, as he was held to believe by the authorities of South Dakota, paroled without conditions; that at the time of the issuance of said extradition warrant the parole aforesaid had never been revoked. On filing of the petition the writ issued. The respondent answered as commanded by the writ. Upon the hearing had, the writ was discharged, and the petitioner remanded to the custody of the sheriff of Caddo county, to be delivered to the extradition agent of South Dakota.

---

Ex parte FOSTER
No. A-1719. Opinion Filed May 27, 1915.
(152 Pac. 1198.)

Application of Geo. Foster for writ of habeas corpus. Writ denied.

J. B. Dudley and B. F. Wolf, both of Norman, for petitioner.

PER CURIAM. Application by habeas corpus for the purpose of letting petitioner to bail. Application denied.

---

Ex parte FREMONT, et al
No. A-2135. Opinion Filed June 9, 1915.
(152 Pac. 1198.)

Petition of John Fremont for writ of habeas corpus, to be admitted to bail. Bail allowed.

F. E. Riddle, of Chickasha, for petitioner.

PER CURIAM. Application for bail allowed and fixed at $5,000, to be approved by the clerk of the district court of Comanche county.

---

Ex parte HORN
No. A-2312.
(152 Pac. 1198.)

Petition of Lafayette R. Horn for writ of habeas corpus. Cause dismissed.

E. M. Frye, of Sallisaw, for petitioner.

PER CURIAM. Petition withdrawn. Cause dismissed.